

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00190-CV

IN RE: THE COMMITMENT OF MARK HANSON

On Appeal from the 87th District Court
Freestone County, Texas
Trial Court No. 16-090B, Honorable Patrick H. Simmons, Presiding

July 6, 2018

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Mark Hanson, proceeding *pro se*, filed a notice of appeal in the Tenth Court of Appeals without paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. By letter on April 25, 2018, the Tenth Court of Appeals directed Hanson to pay the filing fee within ten days. The appeal was later transferred to this Court by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

On May 15, 2018, Hanson filed a letter with this Court requesting permission to proceed without payment of court costs. By letter on June 8, 2018, we denied Hanson's request as he had not filed a statement of inability to afford payment of court costs in the

trial court or appellate court as required by Appellate Rule 20.1. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1. We directed Hanson to pay the filing fee or file a statement of inability to afford payment of court costs with the clerk of this Court by June 22, 2018, and enclosed a copy of the relevant form with our letter. We notified him that the appeal was subject to dismissal if he did not comply by this deadline. *See* TEX. R. APP. P. 42.3(c).

To date, Hanson has not paid the filing fee or filed any response to our June 8 letter. The Rules of Appellate Procedure require a party who is not excused by law from paying costs to pay the required fees. *See* TEX. R. APP. P. 5. Accordingly, the appeal is dismissed because of Hanson's failure to comply with a requirement of the appellate rules and an order of this Court. *See* TEX. R. APP. P. 42.3(c).

Per Curiam